BEFORE THE THIRD DIVISION, MAY 11, 1939

**No. 41287.**—Protest 963549–G of A. Avery Wells (New York).

Opinion by CLINE, J. The record showed that the postage stamps were of Great Britain and her colonies, that the stamps were wrapped in paper packages and were themselves incapable of being marked. The paper wrappers contained the following legend "If undelivered return to R. Roberts 430 Strand London, Eng." Following Abstract 34305 the court held that the stamps in question were not legally marked and overruled the protest.

**No. 41288.**—Protest 802478–G of F. N. Giavi, Inc. (New York).

Opinion by CLINE, J. It appeared that the red vegetable extract in question was imported from Italy in wooden barrels, each barrel having a paper label pasted on the head containing the words "Red Vegetable Extract, Product of Italy." As the record showed that the name of the country of origin was found on paper labels attached to the immediate containers of the goods, the protest was sustained on the authority of *Asiam* v. *United States* (25 C. C. P. A. 68, T. D. 49065). Abstracts 40715, 39518, and 37079, and *American Hatters & Furriers Co.* v. *United States* (C. D. 31) cited.

**No. 41289.**—Petition 5617–R of Atlas Waste Mfg. Co., Inc. (New York).

Opinion by CLINE, J. After a careful consideration of the evidence the court was of the opinion that the petitioner failed to sustain the burden of proof. On the record presented the petition was denied.

BEFORE THE FIRST DIVISION, MAY 12, 1939

**No. 41290.**—Protest 941510–G of F. W. Woolworth Co. (San Francisco).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of opera or field glasses similar to those the subject of *Woolworth* v. *United States* (C. D. 74). The claim at 35 percent under paragraph 228 (b) and T. D. 48316 was therefore sustained.

**No. 41291.**—Protests 838294–G, etc., of National Silver Co. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of microscope sets similar to those the subject of *United States* v. *Wolf* (26 C. C. P. A. 243, C. A. D. 23). The claim at 45 percent under paragraph 228 (b) was therefore sustained.